**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6814**

DONALD PARKER,

        Plaintiff - Appellant,

    v.

DEPUTY T. ATKINS,

        Defendant - Appellee,

    and

PORTSMOUTH CITY JAIL; PORTSMOUTH SHERIFF DEPARTMENT,

        Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:23-cv-00043-HEH-MRC)

Submitted:  October 22, 2024                                      Decided:  October 25, 2024

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Donald Parker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Parker appeals the district court's order dismissing his complaint without prejudice under Fed. R. Civ. P. 4(m) for failure to effect service. We have reviewed the record and discern no abuse of discretion in the district court's decision. *See Attkisson v. Holder*, 925 F.3d 606, 627 (4th Cir. 2019) (providing standard of review). Accordingly, we affirm the district court's judgment. *Parker v. Atkins*, No. 3:23-cv-00043-HEH-MRC (E.D. Va. July 26, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*